UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

       *Plaintiff*,

   v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

       *Defendant*.

Civil Action No. 19-0056 (RCL)

JOINT STATUS REPORT

Pursuant to the Court's June 4 Minute Order, the parties hereby provide the following

information to the Court in this Freedom of Information Act ("FOIA") action.

Defendant and Plaintiff have conferred in an attempt to reduce the burden of responding

to Plaintiff's FOIA request while providing responsive documents to Plaintiff in advance of the

end of the current fiscal year. The parties provide the following updates since their May 10, 2019

Joint Status Report, ECF No. 14.

1.     **Specific Contract Documents.** Defendant produced requested contract

documents on May 21, 2019.

2.     **Office of Adolescent Health (OAH).**  The parties had previously agreed that

Defendant would produce responsive emails, and that Plaintiff would then request any

attachments it wished produced in addition. On May 15, Plaintiff identified attachments for

which it requested production. As of June 10, 2019, 466 pages of attachments remained to be

reviewed. Defendant anticipates completing production of any responsive documents by June 30,

2019.

3.      Additionally, Plaintiff informed Defendant on May 15, 2019, of redactions in the produced emails that it contests and/or requests more information. Plaintiff will also identify redactions in the attachments produced to date by June 14, 2019. Defendant has not yet provided any position on these redactions, but anticipates providing a draft *Vaughn* index no later than July 1, 2019. The parties will meet and confer about any disputes that can be resolved without judicial intervention, and expect to present remaining disputes (if any) to the Court by July 24, 2019.

4.      **Office of the Assistant Secretary of Health (OASH).** Per agreement of the parties, Defendant has only provided page counts for one custodian to date, for whom it identified a total of 14,021 responsive pages, including a substantial amount of duplicates and attachments. Plaintiff has agreed that Defendant can produce only emails at this time, with Plaintiff subsequently requesting any attachments it wishes to receive. Defendant anticipates completing production of the responsive emails from the first custodian by August 14, 2019.

In light of the foregoing, the parties propose to file a joint status report on or before July 24, 2019, updating the Court on the status of their discussions, identifying any disputed redactions or withholdings, and proposing a schedule for further status reports or briefing as necessary.

WHEREFORE, the parties propose that the Court establish a date for a further joint status report on July 24, 2019.

Dated: June 12, 2019

Respectfully submitted,

*/s/ Jeffrey B. Dubner*

Jeffrey B. Dubner, Bar #1013399
Javier M. Guzman, Bar #462679
Democracy Forward Foundation
1333 H Street NW
Washington, DC 20005
(202) 448-9090
jdubner@democracyforward.org
jguzman@democracyforward.org

JESSIE K. LIU, DC Bar #472845
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division


By: _____ /s/
    W. MARK NEBEKER, DC Bar #396739
    Assistant United States Attorney
    555 4th Street, NW
    Washington, DC  20530
    (202) 252-2536
    mark.nebeker@usdoj.gov

-3-