UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>    *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br><br>    *Defendant*. | Civil Action No. 19-0056 (RCL) |

## JOINT STATUS REPORT

Pursuant to the Court's June 13, 2019 Minute Order, the parties hereby provide the following information to the Court in this Freedom of Information Act ("FOIA") action.

Defendant and Plaintiff have conferred in an attempt to reduce the burden of responding to Plaintiff's FOIA request while providing responsive documents to Plaintiff in advance of the end of the current fiscal year. The parties provide the following updates since their June 12, 2019 Joint Status Report, ECF No. 14.

Defendant believes that it has completed production of all responsive, non-exempt documents from the Office of Adolescent Health. It is currently producing emails from the first custodian in the Office of the Assistant Secretary of Health, Valerie Huber, and anticipates completing production of those emails by August 14, 2019. It will then begin production of attachments requested by Plaintiff from its review of those emails.

The parties have determined that it would be more efficient to raise disputes regarding redactions and withholdings until after completion of production of Ms. Huber's documents. The parties expect to further discuss redactions and withholdings, as well as the most appropriate custodians or document repositories to produce next.

In light of the foregoing, the parties propose to file a joint status report on or before September 3, 2019, updating the Court on the status of their discussions and proposing a schedule for further status reports or briefing as necessary.

WHEREFORE, the parties propose that the Court establish a date for a further joint status report on September 3, 2019.

Respectfully submitted,

_/s/ Jeffrey B. Dubner_

Jeffrey B. Dubner, Bar #1013399
Javier M. Guzman, Bar #462679
Democracy Forward Foundation
1333 H Street NW
Washington, DC 20005
(202) 448-9090
jdubner@democracyforward.org
jguzman@democracyforward.org

JESSIE K. LIU, DC Bar #472845
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division


By: _____ /s/
       W. MARK NEBEKER, DC Bar #396739
       Assistant United States Attorney
       555 4th Street, NW
       Washington, DC  20530
       (202) 252-2536
       mark.nebeker@usdoj.gov